```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/12/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- X
JAMES MURPHY, *and on behalf of all other persons similarly situated*,

                                  Plaintiff,

-v-

KOHL'S DEPARTMENT STORES, INC.,

                                  Defendant.
---------------------------------------------------------------- X

1:19-cv-09921-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

On April 24, 2020, the Court issued a memorandum opinion and order, granting Defendant's motion to dismiss Plaintiff's first amended complaint. Dkt. No. 33. The Court's order granted Plaintiff leave to file a second amended complaint within fifteen days. *Id.* at 4. Therefore, Plaintiff's second amended complaint was due no later than May 11, 2020. As of the date of this order, the Court has not received Plaintiff's second amended complaint. Accordingly, the Clerk of Court is directed to enter judgment in favor of Defendant and to close this case.

SO ORDERED.

Dated: May 12, 2020

                                                                    GREGORY H. WOODS
                                                                United States District Judge