**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
JAMES MURPHY, and on behalf of all other
persons similarly situated,

                     Plaintiff,

      -against-                            19 **CIVIL** 9921 (GHW)

                                                     **<u>JUDGMENT</u>**

KOHL'S DEPARTMENT STORES, INC.,

                     Defendant.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Order dated May 12, 2020, judgment is entered in favor of Defendant and this case is closed.

**Dated:**  New York, New York

        May 13, 2020

                                                         **RUBY J. KRAJICK**
                                                          _____
                                                             Clerk of Court
                                        **BY:**
                                                               Deputy Clerk